# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| **RICARDO IGNACIO GILL**, ) | |
| ) | Case No. 3:18-CV-00725-BJD-JBT |
| Petitioner, ) | Judge Brian J. Davis |
| ) | Magistrate Judge Joel B. Toomey |
| v. ) | |
| ) | DEATH PENALTY CASE |
| **SECRETARY, FLORIDA** ) | |
| **DEPT. OF CORRECTIONS, et al.,** ) | |
| ) | |
| Respondents. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Petitioner in the above-styled action, Ricardo Ignacio Gill, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final Judgment and Order entered in this matter by the United States District Court for the Middle District of Florida, Jacksonville Division, denying his Petition for Writ of Habeas Corpus (Order, Doc. 112; Judgment, Doc 113) on October 14, 2022, and all attendant rulings, including but not limited to the Order denying his Motion to Alter and Amend Judgment Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure (Doc. 121) entered on January 25, 2023.

Respectfully submitted, this the 23rd day of February 2023.

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.
800 S. Gay Street, Suite 2400
Knoxville, TN  37929
Phone: (865) 637-7979
Fax: (865) 637-7999

BY: s/Susanne Bales
Susanne Bales, TN BPR No. 17868
Asst. Federal Community Defender
Susanne_Bales@fd.org
*Trial Attorney for Petitioner Gill*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically by the Court's CM/ECF service on February 23, 2023.

/s/Susanne Bales
Susanne Bales