UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICARDO IGNACIO GILL,

    *Petitioner*,

v.                                              CASE NO.: 3:18-cv-00725-BJD-JBT
                                                                     CAPITAL CASE

SECRETARY, FLORIDA,
DEPARTMENT OF CORRECTIONS,

    *Respondent*.
_____/

## NOTICE OF CROSS APPEAL

Notice is given that the Secretary intends to cross appeal the final order in this § 2254 capital case. The district court's order granting equitable tolling but denying habeas relief on the merits was entered on October 14, 2022. (Doc. #112). The first notice of appeal was filed by Petitioner Gill on February 23, 2023. (Doc. #122). The rules of appellate procedure require the notice of cross-appeal to be filed within 14 days of the notice of appeal. Fed. R. App. P. 4(a)(3). *See Rubinstein v. Yehuda*, 38 F.4th 982, 999 (11th Cir. 2022). This notice of cross-appeal is timely.

The Secretary is not required to obtain a certificate of appealability (COA) to appeal or cross appeal. Fed. R. App. P. 22(b)(3) ("A certificate of appealability is not

required when a state or its representative or the United States or its representative appeals."); *Himes v. Sec'y, Fla. Dep't of Corr.*, 690 Fed. Appx. 640, 641, n.1 (11th Cir. 2017) ("the Secretary did not need to obtain a certificate of appealability in order to file this appeal"); *Lawhorn v. Allen*, 519 F.3d 1272, 1285, n.20 (11th Cir. 2008) (stating that no certificate of probable cause is required for an appeal by a state or the federal government citing Fed. R. App. P. 22(b)(3), and other circuit cases).

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL OF FLORIDA

/s/ *Charmaine Millsaps*
CHARMAINE M. MILLSAPS
SENIOR ASSISTANT ATTORNEY GENERAL
FLORIDA BAR NO. 0989134
OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL, PL-01
TALLAHASSEE, FL 32399-1050
phone: (850) 414-3300
primary email:
capapp@myfloridalegal.com
secondary email:
charmaine.millsaps@myfloridalegal.com

COUNSEL FOR RESPONDENT


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the NOTICE OF CROSS APPEAL has been furnished by CM/ECF to Susanne Bales, Assistant Federal Community Defender, 800 S. Gay Street, Suite 2400, Knoxville, TN 37929; phone: (865) 637-7979; email: Susanne_Bales@fd.org; and Dana C. Hansen Chavis, Assistant Federal Community Defender, 800 S. Gay Street, Suite 2400, Knoxville, TN 37929; phone: (865) 637-7979; email: Dana_Hansen@fd.org this  9th  day of March, 2023.

/s/ *Charmaine Millsaps*
Charmaine M. Millsaps
Attorney for Respondent